253

PERLIN, C.J.

(No. 6062—

NORMAN E. LARSON, M.D., Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF HEALTH CARE FACILITIES AND CHRONIC ILLNESSES, Respondent.

*Opinion filed August 30, 1971.*

ALTMAN, KURLANDER AND WEISS, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6063—

NORMAN E. LARSON, M.D., Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF HEALTH CARE FACILITIES AND CHRONIC ILLNESSES, Respondent.

*Opinion filed August 30, 1971.*

ALTMAN, KURLANDER AND WEISS, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.